IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES A. STEPHENS, III, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:14-cv-569-MEF |
| ) | WO |
| GLEN GOGGANS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #12) to the Recommendation of the Magistrate Judge filed on July 25, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #11) entered on July 10 2014 is adopted;

3. This case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

DONE this the 8th day of August , 2014.

                                                /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE